UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
CASE NO. 09-20628-CR-GRAHAM(s)

UNITED STATES OF AMERICA

        Plaintiff,

vs.

CARLOS RODRIGUEZ,

        Defendant.
_____/

## ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION

**THIS CAUSE** came before the Court upon Defense Counsel's CJA Voucher for Attorney's Fees.

**THE MATTER** was referred to United States Magistrate Judge Palermo on July 27, 2011. A Report and Recommendation was filed on August 31, 2011 recommending payment in the amount of $71,936.87 as to voucher number FLS102311. The Court has conducted a de novo review of the entire file. Accordingly, it is

**ORDERED AND ADJUDGED** that the Report and Recommendation of United States Magistrate Judge Peter R. Palermo, is hereby Adopted and Approved. The Court Authorizes payment in the amount of **$71,936.87.**

**DONE AND ORDERED** in Chambers at Miami, Florida, this 9th day of September, 2011.

                                            DONALD L. GRAHAM
                                            UNITED STATES DISTRICT JUDGE

Copied: Magistrate Judge Palermo
        Scott Sakin, Esq.
        Lucy Lara, CJA Administrator